FILED

2023 Apr-12  AM 08:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **<u>EXHIBIT B</u>**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | |
|---|---|
| **GAYLA HAMILTON MILLS,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | |
| ) | |
| **PLAYTIKA, LTD., and** ) | |
| **PLAYTIKA HOLDING CORP.** ) | |
| ) | |
|    **Defendants.** ) | |

## <u>DECLARATION OF AMNON REICHMAN</u>

I, Amnon Reichman, declare and state as follows:

1.     I am the Vice President of Accounting in the Finance Department at Playtika Ltd. ("Playtika").  I am over eighteen years of age and am competent to make this declaration.  I make this declaration based on personal knowledge, the books and records of Playtika, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2.     Playtika is a foreign company incorporated and headquartered in Israel.  Playtika Holding Corp., which is the parent of Playtika Ltd., is incorporated in Delaware and headquartered in Nevada.  Playtika specializes in the development and publication of mobile games, including casino-themed social games.

1

3.     Playtika has yet to be properly served in accordance with Ala. R. Civ. Proc. 4.  Playtika, by counsel, specially appears for the purpose of this removal and reserves all defenses, including, but not limited to, insufficient service of process.

4.     Playtika maintains an electronic financial reporting system that contains the total amount of purchases by users of Playtika's casino-themed social games, which is maintained in the ordinary course of business and the purchase data is captured at or near the time the purchases are made.  As part of my job duties, I am familiar with how to obtain information from this system.

5.     I have reviewed information pulled from Playtika's financial reporting system.

6.     According to this information, the total amount of purchases by Alabama users of Playtika's casino-themed social games from March 2022 to March 2023 far exceeds $75,000.  By way of example, purchases by Alabama users of Slotomania, one of those games (and the one depicted in the Complaint), for that period exceeded $500,000.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 9 day of April 2023, at Herzliya, Israel.

AMNON REICHMAN

2